# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MAI LARSEN DESIGNS, | § § § | |
| Plaintiff, | § § | CIVIL NO. |
| vs. | § § | SA-17-CV-1084-ESC |
| WANT2SCRAP, LLC, MICHELLE PARRISH, CREATIVE SCRAP DESIGNS, | § § § § | |
| Defendants. | § § | |

## ORDER

On March 27, 2019, the Court issued an order [#73] granting Defendants/Counter-Plaintiffs Want2Scrap, LLC, and Michele Parrish's Motion to Compel Production of Documents or, in the Alternative, Motion for Sanctions [#53] and denying Plaintiff/Counter-Defendant Mai Larsen Designs and Counter-Defendants Mabel Larsen and Creative Scrap Designs' Motion to Compel Production of Documents or, in the Alternative, Motion for Sanctions [#60]. Because Order #73 referred to Defendants' motion to compel by the wrong docket number, the docket text for Clerk's docket entry associated with Order #73 incorrectly stated that Defendants' motion to compel [#53] was denied and Plaintiffs' motion to compel [#60] was granted. Consistent with the Court's oral rulings, the Court clarifies that the Court's March 27, 2019, Order [#73] grants Defendants' motion to compel [#53] and denies Plaintiffs' motion to compel [#60].

SIGNED this 5th day of April, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE