IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MAI LARSEN DESIGNS, | § § § | |
| *Plaintiff,* | § § | CIVIL NO. |
| vs. | § § | SA-17-CV-1084-ESC |
| WANT2SCRAP, LLC, MICHELLE PARRISH, CREATIVE SCRAP DESIGNS, | § § § § | |
| *Defendants.* | § § | |

## FINAL JUDGMENT

Before the Court is the above-styled cause of action. On June 3, 2019, the Court granted summary judgment to Defendants as to all of the claims asserted in Plaintiff's Second Amended Complaint. On this day, the Court granted Defendants' Motion to Dismiss and dismissed all of the counterclaims asserted in Defendants' Counterclaim.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the parties recover nothing on their claims and counterclaims and that this action be dismissed.

SIGNED this 20th day of June, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE